# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>MODESTO FINANCE LP,<br><br>    Defendant. | Case No. 1:19-cv-01003-AWI-SAB<br><br>ORDER VACATING SCHEDULING CONFERENCE AND REQUIRING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT<br><br>THIRTY DAY DEADLINE |

On July 23, 2019, Theresa Brooke ("Plaintiff") filed this action against Modesto Finance LP alleging violation of the Americans with Disabilities Act and state law claims. On August 28, 2019, at Plaintiff's request, entry of default and default was entered against Modesto Finance LP. Currently there is a scheduling conference set in this matter for October 15, 2019. As default has been entered against the defendant in this action, the scheduling conference shall be vacated and the parties are not required to appear on that date.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for October 15, 2019 at 10:00 a.m. is VACATED;
2. Plaintiff shall file a motion for default judgment within **thirty (30) days** of the date of entry of this order; and

/ / /

/ / /

1

3. Failure to file a motion for default judgment in compliance with this order may result in the imposition of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **September 23, 2019**

_____
UNITED STATES MAGISTRATE JUDGE