# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MODESTO FINANCE LP,<br><br>　　　　Defendant. | Case No. 1:19-cv-01003-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 7)<br><br>TEN DAY DEADLINE |
|---|---|

On July 23, 2019, Theresa Brooke ("Plaintiff") filed this action alleging violation of the Americans with Disabilities Act and state law claims. On August 28, 2019, at Plaintiff's request, default was entered against Defendant Modesto Finance LP. On September 23, 2019, an order was filed vacating the scheduling conference and requiring Plaintiff to file a motion for default judgment within thirty days. More than thirty days have passed and Plaintiff has not filed a motion for default judgment or otherwise responded to the September 23, 2019 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

1

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE IN WRITING within **ten (10) days** of the date of entry of this order this action should not be dismissed for failure to prosecute. **Plaintiff is forewarned that the failure to show cause will result in recommendation that this action be dismissed for failure to prosecute.**

IT IS SO ORDERED.

Dated: **October 29, 2019**

UNITED STATES MAGISTRATE JUDGE